UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| *ex rel.* THE ESTATE OF ROBERT | * | |
| CUNNINGHAM, et al., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-12209-JLT |
| | * | |
| MILLENNIUM LABORATORIES OF | * | |
| CALIFORNIA, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

January 30, 2012

TAURO, J.

After a hearing on November 28, 2011, and for the reasons set forth in the accompanying Memorandum, Defendant's Motion to Dismiss the First Amended Complaint [#36] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro

United States District Judge